FILED

10 NOV 23  AM 8: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LEE MEDWAY,<br><br>　　　　　　　　　　Petitioner,<br>vs.<br>MATTHEW CATE,<br><br>　　　　　　　　　　Respondent. | CASE NO. 10-cv-0276 BEN (BLM)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

Concurrently herewith, the Court entered judgment denying Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2254; 28 U.S.C. § 2253; Fed. R. App. P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Petition for Writ of Habeas Corpus.

A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000). Petitioner can meet the threshold of "substantial showing of the denial of a constitutional right" by demonstrating that: (1) the issues are debatable among jurists of reason; (2) a court could resolve the issues in a different manner; or (3) the

1  questions are adequate to deserve encouragement to proceed further. *Lambright*, 220 F.3d at 1024-25
2  (9th Cir. 2000), citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), and *Barefoot v. Estelle*, 463 U.S.
3  880, 893 n.4 (1983). The purpose of this standard is "to promote Congress' intent to 'to prevent
4  frivolous appeals from delaying the States' ability to impose sentences. . .' while at the same time
5  protecting the right of petitioners to be heard." *Lambright*, 220 F.3d at 1025 (citing *Barefoot*, 463 U.S.
6  at 892).

7  In this case, the Court finds that reasonable jurists would not find it debatable that Petitioner
8  was denied a constitutional right, nor could a court resolve the issues in a different manner. *Slack*, 529
9  U.S. at 484; *Lambright*, 220 F.3d at 1026. Additionally, the questions are not adequate to deserve
10 encouragement to proceed further. (*Id.*) Accordingly, the Court **DENIES** certificate of appealability
11 as to all claims asserted by Petitioner in his Petition for Writ of Habeas Corpus.

12 **IT IS SO ORDERED.**

13 DATED: November __, 2010

Hon. Roger T. Benitez
United States District Judge

10cv0276